George J. Kovacevich (SBN 48125)
ATCHISON, BARISONE, CONDOTTI & KOVACEVICH
A Professional Corporation
PO BOX 481
Santa Cruz, California 95061-0481
Telephone: (831) 423-8383
Facsimile: (831) 576-2269
Email: gkovacevich@abc-law.com

Attorneys for Defendant
DOMINIC CHIRCO

Raymond G. Ballister (SBN 111282)
Center for Disability Access
PO Box 262490
San Diego, California 92196
Telephone: (858)375 7385
Facsimile: (888)422 5191

Attorneys for Plaintiff
JOHN HO

**FILED**

MAR 25 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN HO,<br><br>    Plaintiff,<br>vs.<br><br>DOMINIC CHIRCO, in his individual and representative capacity as trustee of the Dominic Chirco Trust; Jiffy Market, Inc., a California Corporation; and DOES 1-10<br><br>    Defendants. | Case No. CV 13-04756-HRL<br><br>**STIPULATION EXTENDING SCHEDULING ORDER DATES FOR ADA CASES**<br><br>[Local Rule 6-1(a)]<br><br>AND ORDER<br><br>(RE: DKT. No. 9) |

## STIPULATION

WHEREAS, Plaintiff JOHN HO ("Plaintiff") filed his Complaint in this action on October 24, 2013 (the "Complaint"):

-1-
STIPULATION EXTENDING SCHEDULING ORDER DATES
(CV 13-04756-HRL)

1. WHEREAS, Defendant DOMINIC CHIRCO, in his individual and representative capacity as trustee of the Dominic Chirco Trust ("Defendant Chirco") was served with the Summons and Complaint on October 24, 2013;

WHEREAS, Defendant Chirco's response to the Complaint was filed and served on December 4, 2013;

WHEREAS, the parties have engaged in settlement discussions and have met and conferred on Rule 26 matters and are continuing their efforts to reach a settlement;

WHEREAS, Defendant Chirco has completed the installation of a disabled parking space on the premises subject to this action;

AND WHEREAS, on February 12, 2014 the court signed an order regarding a Stipulation Extending Scheduling Order Dates for ADA Cases in which the court extended the last day for parties and counsel to hold joint inspection of premises from January 28, 2014 to March 10, 2014, and also extended the last day for parties to meet and confer in person to discuss settlement from March 17, 2014 to March 28, 2014.

THEREFORE, pursuant to Local Rule 6-1(a), the parties hereby stipulate to extend the deadlines in the United States District Court, Northern District of California Scheduling Order for Cases Asserting Denial of Rights of Access Under Americans With Disabilities Act as follows:

1. The last day for parties and counsel to hold a joint inspection of premises from March 10, 2014 to April 25, 2014;
2. The last day for parties to meet and confer in person to discuss settlement from March 28, 2014 to April 25, 2014;
3. The last day for Plaintiff to file Notice of Need for Mediation shall be extended from March 28, 2014 to April 25, 2014.

///
///
///
///
///

-2-
STIPULATION EXTENDING SCHEDULING ORDER DATES
(CV 13-04756-HRL)

IT IS SO STIPULATED.

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated: March /4, 2014

By: _____
GEORGE J. KOVACEVICH
Attorneys for Defendant
DOMINIC CHIRCO

CENTER FOR DISABILITY ACCESS

Dated: March 17, 2014

By: _____ for
RAYMOND G. BALLISTER
Attorneys for Plaintiff
JOHN HO

**ORDER**

The Court having considered the stipulation of the parties and good cause appearing therefor:

IT IS SO ORDERED.

Dated: March 25, 2014

_____
Hon. Howard R. Lloyd
United States ~~District~~ Magistrate Judge